THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* HENRY TILFORD, Doing Business as HOFFMAN
MACHINERY AND ENGRAVING COMPANY, Appellant.

(Argued June 3, 1935; decided July 11, 1935.)

*M. W. Markowitz* and *Nathan A. Markowitz* for
appellant.

*Paul Windels, Corporation Counsel (Paxton Blair* and
*Charles E. Ramsgate* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, CROUCH,
LOUGHRAN and FINCH, JJ. HUBBS, J., taking no part.